AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| CHRIS LEVINE WILLIAMS ) | Case No: 1:05-CR-00320-001 |
| ) | USM No: 09279-003 |
| Date of Previous Judgment: 01/09/2007 ) | Pro Se |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 20 yr to Life months | Amended Guideline Range: | 20 Yr to Life months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):

The defendant was granted a downward departure for substantial assistance that was 40% off the mandatory minimum of 240 months. The mandatory minimum is still the same under the amended guidelines, so the sentence remains the same.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  08/27/2008                                    /s/ Callie V. S. Granade
                                                            Judge's signature

Effective Date: _____                                       Chief United States District Judge
(if different from order date)                              Printed name and title